DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts @durietangri.com
JESSE GERACI (SBN 259755)
jgeraci@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Plaintiff
DRIVECAM, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVECAM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SMARTDRIVE SYSTEMS, INC., <br><br> *Defendant*. | Case No. 3:11-cv-00997-H -RBB <br><br> **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff DriveCam, Inc. ("DriveCam") states that it has no parent corporation, and no publically-held corporation owns 10% or more of its stock.

Dated: May 9, 2011

DURIE TANGRI LLP

By: ___/s/ *Clement S. Roberts*___
DARALYN J. DURIE
CLEMENT S. ROBERTS
JESSE GERACI

Attorneys for Plaintiff
DRIVECAM, INC.