# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVECAM, INC., <br><br> Plaintiff, <br> vs. <br> SMARTDRIVE SYSTEMS, INC., <br><br> Defendant. | CASE NO. 11-CV-0997-H (RBB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** |

On July 12, 2012, Plaintiff DriveCam, Inc. and Defendant SmartDrive Systems, Inc. filed a joint motion to dismiss all claims and counterclaims asserted by the parties with prejudice, with the exception of SmartDrive's counterclaims VIII (declaration of patent invalidity) and IX (declaration of patent unenforceability), which the parties request dismissal without prejudice. (Doc. No. 97.) The Court, for good cause shown, grants the parties' joint motion. Accordingly, the Court dismisses all claims and counterclaims asserted by the parties with prejudice, with the exception of SmartDrive's counterclaims VIII (declaration of patent invalidity) and IX (declaration of patent unenforceability), which are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: July 13, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT